Billie-Russell: Schofield, Sui juris
c/o Post Office Box 61
Hope, Rhode Island and
  Providence Plantations, [02831]
Non-Domestic
Phone: 774-206-5800
Email: rifishman@jumpmail.co
In Propria Persona

RECEIVED
DEC 31 2013
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Billie-Russell: Schofield, | ) Case No.: CA13-766-S |
| Plaintiff, | ) AFFIDAVIT IN SUPPORT |
| vs. | ) |
| Tiverton Police Department, Et al. | ) |
| Defendant(s) | ) |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Billie-Russell: Schofield, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed on December 6, 2013 and service of the process was had on the defendants on December 7, 2013.

3. More than twenty one (21) days have elapsed since the defendants listed below in this action served, and the defendants listed below have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The defendants Tiverton Police Department, Town of Tiverton, Police Chief Thomas Blakey, Detective Michael Miguel, Officer Liam Black, Patrolman Raymond, Detective Sergeant Michael Carr, Patrolman Sakon Uon, Officer Warrant Caldwell, Officer Kay, Sergeant Timothy Pannell, Detective Daniel Martin, Officer Brendan McKinnon and Officer Peter Larue, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendants are indebted to plaintiff in the principal sum of $6,000,000 plus interest thereon; that defendant's had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain

### **DECLARATION UNDER OF PENALTY OF PERJURY**

### **28 U.S.C. §1746; 18 U.S.C. §1621**

The undersigned, Billie- Russell: Schofield, declares under penalty of perjury under the laws of the United States of America and the state of Rhode Island and Providence Plantations that the foregoing is true and correct and is based on information and belief, and as to those matters does believe them to be true, correct and not misleading that he is the individual in the above statement, that he has read the above statement, and that the information contained therein is true and correct. **28 U.S.C. §1746; 18 U.S.C. §1621**

Executed on the 31st of December, 2013, A.D. in Hope, Rhode Island and Providence Plantations

Signature _By: Bui-Russell: Sch[...]_
Billie-Russell: Schofield, Declarant, Plaintiff
c/o Post Office Box 61
Hope, Rhode Island and Providence Plantations, [02831],
Non-Domestic

Respectfully submitted,
Dated this 31st of December, 2013

AFFIDAVIT IN SUPPORT - 2