Billie-Russell: Schofield, Sui juris
c/o Post Office Box 61
Hope, Rhode Island and
    Providence Plantations, [02831]
Non-Domestic
Phone: 774-206-5800
Email: rifishman@jumpmail.co
In Propria Persona

RECEIVED

DEC 3 1 2013

U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Billie-Russell: Schofield, <br><br>   Plaintiff, <br><br> vs. <br><br> Tiverton Police Department, Et al. <br><br>   Defendant(s) | Case No.: CA13-766-S <br><br> DEFAULT JUDGMENT |

**DEFAULT JUDGMENT**

  The defendant's Tiverton Police Department, Town of Tiverton, Police Chief Thomas Blakey, Detective Michael Miguel, Officer Liam Black, Patrolman Raymond, Detective Sergeant Michael Carr, Patrolman Sakon Uon, Officer Warrant Caldwell, Officer Kay, Sergeant Timothy Pannell, Detective Daniel Martin, Officer Brendan McKinnon and Officer Peter Larue, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant's are indebted to plaintiff in the principal sum of $6,000,000 plus interest thereon; that defendant's had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is

1  for a sum certain or for a sum which can by computation be made certain; it
2  is hereby
3       ORDERED, ADJUDGED, and DECREED that plaintiff, Billie-Russell:
4  Schofield, recover of the defendant's the sum of $6,000,000.00, plus costs
5  and interest according to the law from the date of this judgment until the
6  entire amount is paid.
7       This judgment is entered by the Clerk at the request of the plaintiff
8  and upon affidavit that said amount is due, in accordance with Rule 55(b)(1)
9  of the Federal Rules of Civil Procedure.

———————————————

Clerk or Deputy Clerk

United States District Court

for the District of Rhode Island